FILED
ASHEVILLE, NC

JUN 0 2 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 1:26-CR- 44 - MR-WCM** |
| **v.** | **BILL OF INDICTMENT** |
| **(1) PAYNE QUICK KILLER RATTLER**<br>**(2) RAJUN RIVER RATTLER** | Violations:<br>18 U.S.C. §§ 1111, 1153<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 3 |

### THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about February 24, 2025, and on or about February 25, 2025, in Jackson County, within Indian Country in the Western District of North Carolina, the defendant,

### (1) PAYNE QUICK KILLER RATTLER

an Indian, unlawfully killed William Jarrett Wilnoty with malice aforethought, and did so willfully, deliberately, maliciously, and with premeditation.

All in violation of Title 18, United States Code, Sections 1111 and 1153.

## COUNT TWO

Between on or about February 24, 2025, and on or about February 25, 2025, in Jackson County, in the Western District of North Carolina, the defendant,

**(1) PAYNE QUICK KILLER RATTLER**

knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

2

## COUNT THREE

Between on or about February 24, 2025, and on or about February 25, 2025, in Jackson County, in the Western District of North Carolina, the defendant,

**(2) RAJUN RIVER RATTLER**

knowing that an offense against the United States had been committed, that being murder, in violation of Title 18, United States Code, Section 1111, received, relieved, comforted, and assisted the offender, **(1) PAYNE QUICK KILLER RATTLER,** in order to hinder and prevent his apprehension, trial, and punishment.

All in violation of Title 18, United States Code, Section 3.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

Alex M. Scott
Assistant United States Attorney

3